■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE DE FRANCO, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed November 18, 1977, upon his conviction of attempted criminal sale of a dangerous drug in the third degree, upon his plea of guilty, the sentence being a term of imprisonment with a minimum of two years and a maximum of six years. Sentence modified, as a matter of discretion in the interest of justice, by deleting therefrom the minimum period of incarceration. As so modified, sentence affirmed. The sentence was excessive to the extent indicated herein. Titone, J. P., Suozzi, Rabin and Gulotta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. FRIEDGOOD, Appellant.—Judgment, of the County Court, Nassau County, rendered January 26, 1977, affirmed (see *People v Crimmins,* 36 NY2d 230). Gulotta, P. J., Shapiro, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINGO G. GALVAN, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered September 9, 1976, convicting him of criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence. Judgment affirmed (see *(People v Crimmins,* 36 NY2d 230). Mollen, P. J., Hopkins, Titone, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY GRAMMATAS, Appellant.—Judgment of the Supreme Court, Kings County, rendered May 12, 1977, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPLR 460.50 (subd 5). Titone, J. P., Suozzi, Margett and Hawkins, JJ. concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR HERNANDEZ, Also Known as NEGRITO, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the County Court, Orange County, imposed April 15, 1976. Sentence affirmed (see *People v Broadie,* 37 NY2d 100, cert den 423 US 950). Hopkins, J. P., Martuscello, Damiani and Rabin, JJ., concur.